**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 16-6527**

—————

GEORGE CLEVELAND, III,

    Plaintiff - Appellant,

    v.

WARDEN WILLIE EAGLETON, individually and in his official capacity; ASSOCIATE WARDEN ROLAND MCFADDEN, individually and in his official capacity; OFFICER M. THOMAS; UNKNOWN NURSE; UNKNOWN MEDICAL DOCTOR; ALL EMPLOYED AT EVANS CORRECTIONAL, or a contract employee,

    Defendants – Appellees,

    and

EVANS CORRECTIONAL INSTITUTION; IGC ANGIE GRAVES, individually and in her official capacity,

    Defendants.

—————

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, District Judge. (4:14-cv-02444-RBH)

—————

Submitted: November 30, 2016       Decided: December 8, 2016

—————

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

George Cleveland, III, Appellant Pro Se.  Samuel F. Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Eagleton, No. 4:14-cv-02444-RBH (D.S.C. Mar. 7, 2016). We grant Cleveland's motion to accept as timely filed his informal brief, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED